# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **EMPERY ASSET MASTER, LTD., EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY TAX EFFICIENT, LP, and EMPERY ASSET MANAGEMENT, LP** | Case No. 1:26-cv-01872 |
| *Plaintiffs*, | **ORDER OF REMAND** |
| -v.- | |
| **KARTOON STUDIOS, INC.** | |
| *Defendant*. | |

Upon the parties' Joint Stipulation Regarding Remand, it is hereby ORDERED that:

1.      This action is remanded to the Supreme Court of the State of New York, County of New York, under Index No. 650906/2026.

2.      The Clerk of Court is respectfully directed to transmit a certified copy of this Order to the Clerk of the Supreme Court of the State of New York, County of New York, and to close this case.

SO ORDERED.
Dated: May 1, 2026
New York, New York

_____
United States District Judge

The Clerk of Court is respectfully directed to close this case.

1